IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER EBOT WATTSON,<br><br>          Plaintiff,<br><br>     v.<br><br><br>ALTABATESHOSPITAL.COM,<br><br>          Defendant.<br>_____/ | No. C 14-0803 CW<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING THE COMPLAINT |

　　　　Plaintiff Cyber Ebot Wattson has filed an application for leave to proceed in forma pauperis (IFP).  The matter was decided on the papers.  Having considered all of the papers filed by Plaintiff, the Court grants the application to proceed IFP and dismisses the complaint.

DISCUSSION

　　　　A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or provide such security.  See 28 U.S.C. § 1915(a).  Plaintiff has submitted the required documentation, and it appears from his application that his assets and income are insufficient to enable him to prosecute the action.  Accordingly, the application to proceed without the payment of the filing fee is granted.

　　　　The Court's grant of Plaintiff's application to proceed IFP, however, does not mean that he may continue to prosecute his complaint.  A court is under a continuing duty to dismiss a case

filed without the payment of the filing fee whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2)(B)(i)-(iii).  Because a dismissal pursuant to § 1915(e)(2)(B) is not a dismissal on the merits, but rather an exercise of the court's discretion under the IFP statute, the dismissal does not prejudice the filing of a paid complaint making the same allegations.  Denton v. Hernandez, 504 U.S. 25, 32 (1992).

Plaintiff's complaint does not state a claim on which relief may be granted.  The caption of Plaintiff's complaint indicates that he seeks to pursue a fraud claim.  However, the only allegations in the complaint to support a fraud claim are that Defendant was involved in a "fraud scam to produce fake birth records" causing Plaintiff "to be labeled as a human born October 20th 1981" when he is "a cyber machine of the robotic species."  The Court finds that these allegations and the other allegations in Plaintiff's complaint are not sufficient to support a fraud claim or any other claim.

## CONCLUSION

Accordingly, the Court dismisses Plaintiff's complaint.  The dismissal is without prejudice to the filing of a paid complaint making the same allegations.

IT IS SO ORDERED.

Dated: 4/15/2014

CLAUDIA WILKEN
United States District Judge

2