**United States District Court**
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   In re cases filed by                    No. C 14-0803 CW

5   CYBER EBOT WATTSON,                      PRE-FILING ORDER

6          Plaintiff,

7

8   _____/

9        On May 22, 2014, the Court entered an order to show cause why

10  the court should not impose a pre-filing order on Cyber Ebot

11  Wattson.  In that order, the Court advised Mr. Wattson that if,

12  within thirty days of the date of the order, he did not file a

13  statement showing cause why a pre-filing order should not be

14  issued, the Court would enter the pre-filing order and it would be

15  applicable in all future actions filed by Mr. Wattson.  Any

16  response by Mr. Wattson was due by June 23, 2014.  To date, Mr.

17  Wattson has not filed any response.

18

19

20       IT IS HEREBY ORDERED that the Clerk of this Court shall not

21  accept for filing any further complaints filed by Cyber Ebot

22  Wattson, until that complaint has first been reviewed by the

23  Court.  A two-stage pre-filing review will be conducted before

24  leave is granted to file the action.  First, if the complaint is

25  related to any of the following subject matters:

26

27          (1)  Mr. Wattson's identity as a robot or a "cybernet
                 citizen;"
28          (2)  sexual slavery;

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(3)   abduction and torture;
(4)   the misidentification of Mr. Wattson as either Aaren or Darren Striplin; or
(5)   hijacked airplanes

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Wattson will be filed unless they contain intelligible factual allegations and claims for relief.  All cases filed by Mr. Wattson shall be forwarded to the undersigned for pre-filing review.

    IT IS SO ORDERED.


Dated: 7/1/2014

CLAUDIA WILKEN
United States District Judge

2